**97–2615. State v. Woodman.**

Franklin App. No. 97APA04–499. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1193, *State ex rel. Maynard v. Corrigan,* Cuyahoga App. No. 72253; briefing schedule stayed.

Douglas, F.E. Sweeney and Cook, JJ., dissent.

**97–2677. State v. Hurston.**

Montgomery App. No. 16217. Discretionary appeal allowed on Proposition of Law No. I only; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.

Douglas, J., dissents.